**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

ELMER RIVERA-VELASQUEZ,

                Petitioner,

-against-

THOMAS DECKER, as Field Officer Director,
New York City Field Office, U.S. Immigration &
Customs Enforcement, et al.,

                Respondents.

-----------------------------------------------------------X

19 CIVIL 10297 (JMF)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/19/19

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated December 17, 2019, Petitioner's amended petition for the writ of habeas corpus is GRANTED. Within seven days of the date of the Order, Respondents shall either take Petitioner before an Immigration Judge for an individualized bond hearing consistent with the Order or release him; accordingly, the case is closed.

**DATED:** New York, New York
            December 19, 2019

                                          **RUBY J. KRAJICK**
                                               Clerk of Court

                              **BY:**
                                               **Deputy Clerk**